JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FERNANDO TORRES MORALES,<br><br>Petitioner,<br><br>v.<br><br>GUILLERMO VIERA ROSA, INTERIM CHIEF PROBATION OFFICER, LOS ANGELES COUNTY,<br><br>Respondent. | Case No. 2:23-cv-07959-SSS (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: March 13, 2024

_____
SUNSHINE S. SYKES
United States District Judge

1